IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP DELPALAZZO,**<br><br>Plaintiff,<br><br>v.<br><br>**HORIZON GROUP HOLDING, LLC,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 19-5682-KSM |

# ORDER

**AND NOW**, this 20th day of April, 2021, upon consideration of Defendant Horizon Group Holdings, LLC's Motion for Protective Order Against Plaintiff's March 29, 2021, Discovery Demands (Doc. No. 58), Plaintiff Philip DelPalazzo's opposition (Doc. No. 63), and Defendant's reply (Doc. No. 64), it is **ORDERED** that the motion is **GRANTED.** Plaintiff's March 29, 2021 discovery requests and deposition notices are **QUASHED.**

IT IS SO ORDERED.

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.