# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP DELPALAZZO,** <br><br> Plaintiff, <br><br> *v.* <br><br> **HORIZON GROUP HOLDING, LLC,** <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 19-5682-KSM** |

## ORDER

**AND NOW**, this 28th day of March, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 57), Plaintiff's opposition brief (Doc. No. 72), and Defendant's reply brief (Doc. No. 75), it is **ORDERED** that the motion is **GRANTED.** Judgment is entered in favor of Defendant on Count 1 of Plaintiff's Second Amended Complaint.

**IT IS FURTHER ORDERED** that although judgment has been entered on all counts, this case will remain **ACTIVE** pending the Court's ruling on the Order to Show Cause (Doc. No. 50). **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.