IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP DELPALAZZO,**  Plaintiff,  v.  **HORIZON GROUP HOLDING, LLC,**  Defendant. | **CIVIL ACTION**  **NO. 19-5682-KSM** |

## ORDER

**AND NOW**, this 31st day of October, 2022, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 81) and Defendant's opposition brief (Doc. No. 82), it is **ORDERED** that the motion is **DENIED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.