IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PHILIP DELPALAZZO,**<br><br>    Plaintiff,<br><br>    v.<br><br>**HORIZON GROUP HOLDING, LLC,**<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 19-5682-KSM |

## ORDER

**AND NOW** this 31st day of October, 2022, having considered Ms. Catherine Damavandi, Esq. and Mr. Todd Nurick, Esq.'s response to the Court's Order to Show Cause (Doc. No. 54), and following a show cause hearing on April 5, 2021, and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Nurick Law Group, LLC shall pay $500 to the Court's General Fund by **November 14, 2022.**

2. The Nurick Law Group, LLC shall submit an accounting by **November 14, 2022** that outlines the attorneys' fees paid by Plaintiff for work related to:

- The Second Amended Complaint,

- Any research or response to the motion to dismiss the Second Amended Complaint that was drafted but never filed,

- The memorandum in support of the motion for reconsideration,

- The Court's Order to Show Cause,

- Plaintiff's discovery requests and deposition notices, which were served on the last day of the discovery period, and

- Conferences with the Court on January 28, 2021, February 22, 2021, and March 23, 2021.

3.       Once the Court has reviewed the accounting, the Nurick Law Group, LLC shall be required to disgorge the fees outlined above.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.